Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

HERBERT L. GRINNELL v. ELEANOR F. GRINNELL.—

Concur — Rabin, J. P., McNally, Stevens, Eager, and Steuer, JJ.

In the Matter of KAUFMANN, ALSBERG & Co. LOUIS C. FIELAND.—

Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.